UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:03-cr-0157-LJM-KPF |
| ) | |
| AMANDA DILL, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Amanda Dill's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders (a) a sentence imposed of confinement of five months to the custody of the Attorney General; (b) upon completion of the confinement of five months to the custody of the Attorney General, defendant will be placed on two years of supervised release, a condition of which requires 63 days at a residential reentry center, namely, Volunteers of America, in Indianapolis, Indiana; and (c) during her supervised release, defendant will be subject to the previously-imposed conditions ordered at the time of sentencing.

SO ORDERED this 02/23/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Josh Minkler,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Mike Donahoe,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal