# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **INDIANA**

UNITED STATES OF AMERICA
V.

AMANDA DILL

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:03CR00157-001
USM Number: 07347-028

William H. Dazey, Jr.
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to Violation Number(s) _3, 4, 5_ of the term of supervision.

G was found in violation of Violation Number(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 3 | Failure to Comply w/Substance Abuse Testing and Treatment | 01/31/2012 |
| 4 | Failure to Submit Monthly Reports (December 2011 and January 2012) | 01/31/2012 |
| 5 | Failure to Notify Change of Residence | 01/31/2012 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X The defendant has not violated condition(s) _1 and 2_ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9379

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:

Indianapolis, IN

6/6/2012
Date of Imposition of Judgment

/s/ Larry J. McKinney
Signature of Judicial Officer

**Honorable Larry J. McKinney, Senior U.S. District Court**
Name and Title of Judicial Officer

June 11, 2012
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _____
Deputy Clerk

DEFENDANT:        AMANDA DILL
CASE NUMBER:      1:03CR00157-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :     8 months, consecutive to Marion County cause number 49G14-1202-FD-008883.

X   The court makes the following recommendations to the Bureau of Prisons:

The defendant be designated to a facility as close as possible to Marion County, Indiana

X   The defendant is remanded to the custody of the United States Marshal.

G   The defendant shall surrender to the United States Marshal for this district:

  G   at _____   G a.m.   G p.m.   on _____ .

  G   as notified by the United States Marshal.

G   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  G   before 2 p.m. on _____ .

  G   as notified by the United States Marshal.

  G   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL